| | | |
|---|---|---|
| **STATE OF LOUISIANA** | * | **NO. 2024-K-0164** |
| **VERSUS** | * | **COURT OF APPEAL** |
| **CASEY LEJEUNE** | * | **FOURTH CIRCUIT** |
| | * | **STATE OF LOUISIANA** |
| | * | |
| | * | |

\* \* \* \* \* \* \*

SCJ

**J. JENKINS DISSENTS**

I would deny the State's writ application and maintain the ruling of the district court granting the defendant's application for post-conviction relief.